UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-82032-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**ARTURO'S RESTAURANT, INC.,**
**d/b/a ARTURO'S RISTORANTE**
**a Florida for-profit corporation,**

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE***

    Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant ARTURO'S RESTAURANT, INC. d/b/a ARTURO'S RISTORANTE, as to all of his claims in this action *with prejudice*.

    Dated:  January 25, 2021.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Kenneth M. Rehns, Esq.
WARD DAMON POSNER PHETERSON & BLEAU
4420 Beacon Circle
West Palm Beach, FL  33407
(561) 842-3000
krehns@warddamon.com

*Attorneys for Defendant*
*ARTURO'S RESTAURANT, INC.*

                                                       /s/ *Roderick V. Hannah*
                                                           Roderick V. Hannah