UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82032-CIV-CANNON

**NELSON FERNANDEZ,**

    Plaintiff,

v.

**ARTURO'S RESTAURANT, INC.,**
d/b/a Arturo's Ristorante, a Florida
for-profit corporation,

    Defendant.

_____/

**ORDER CLOSING CASE**

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal *with Prejudice* [ECF No. 11]. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective January 25, 2021, the date the parties filed their Joint Stipulation of Dismissal *with Prejudice*. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Pierce, Florida this 26th day of January 2021.

                                                  _____
                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record